# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Yobani Alexander Galdamez**

      v.                                        Case No. 26-cv-443-PB-TSM

**David Wesling, Acting Field Office Director,**
**U.S. Customs and Immigration Enforcement, et al.**

## ORDER

After the government notified the Court that Yobani Alexander Galdamez received the bond hearing he sought on May 26, 2026, <u>see</u> Doc. 7, I ordered Galdamez to show cause within seven days why his petition should not be dismissed. Doc. 8. In response, Galdamez filed a response stipulating to dismissal. Doc. 9. His petition is accordingly dismissed and the government's motion, Doc. 6, is denied as moot.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/  Paul Barbadoro
Paul J. Barbadoro
United States District Judge

June 26, 2026

cc:    Counsel of Record